CAUSE NO. 2017DCV3999

| | | |
|---|---|---|
| ROBERT KIRKEN, DAVID KIRKEN, § | IN THE DISTRICT COURT OF |
| KRISTINE MARIE STRICKLER, AND § | |
| WILLIAM JOHN STERNFELS, § | |
| INDIVIDUALLY AND ON BEHALF OF § | |
| THE ESTATE OF CAROL KIRKEN § | |
|    Plaintiffs § | |
| v. § | EL PASO COUNTY, TEXAS |
| § | |
| MINOR INTERNATIONAL, PCL AND § | |
| ELEWANA AFRIKA, LTD., MURRAY § | |
| GARDINER, DON R. MILLER, § | |
| STELLA SPALDING, AND ROBYN § | |
| STALSON § | |
|    Defendants. § | 243RD JUDICIAL DISTRICT |

**DEFENDANT ELEWANA AFRIKA, LTD'S NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant Elewana Afrika, Ltd. gives notice that the attached Notice of Removal was filed on this day in the above action in the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

**HFW**

*/s/ Gerard J. Kimmitt,*
Gerard J. Kimmitt, II, TBA 11427500
Kristie W. Tobin, TBA 24033338
Susan H. Swanson, TBA 24038955
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone:    (713) 917-0888
Telefax:         (713) 953-9470
**ATTORNEY-IN-CHARGE FOR DEFENDANT ELEWANA AFRIKA, LTD.**

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing was served via facsimile and/or electronic case filing on this 28th day of November 2017:

James Kennedy
James Kennedy, PLLC
6216 Gateway East Blvd.
El Paso, TX 79905
james@epinjury.com

Jeff Edwards
Edwards Law
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
jeff@edwards-law.com

C. Ashley Callahan
Law Offices of C. Ashley Callahan, P.C.
The Haehnel Building
1101 East 11th Street
Austin, Texas 78702
acallahan@callahanlawoffices.com

                                              *s/Gerard J. Kimmitt, II*
                                              _____
                                              **Gerard J. Kimmitt, II**